# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXIDE TECHNOLOGIES, LLC,<br><br>                     Reorganized Debtor. | Chapter 11<br><br>Bankruptcy Case No. 13-11482 (MFW)<br>BAP No. 20-01 |
| EXIDE TECHNOLOGIES, LLC,<br><br>                     Appellant,<br><br>v.<br><br>ANDREW R. VARA, Acting United States Trustee for Region 3,<br><br>                   Appellee. | Civil Action No. 20-cv-76 (LPS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

        Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Allen J. Guon of Fox Rothschild LLP to represent Exide Technologies, LLC in the above-captioned action.

Dated: January 22, 2020            */s/ James E. O'Neill*
                                                 James E. O'Neill (Bar No. 4042)
                                                 Pachulski Stang Ziehl & Jones LLP
                                                 919 N. Market Street, 17th Floor
                                                 P.O. Box 8705
                                                 Wilmington, DE 19899-8705 (Courier 19801)
                                                 Telephone: (302) 652-4100
                                                 Facsimile: (302) 652-4400
                                                 Email: joneill@pszjlaw.com

## ORDER GRANTING MOTION

        IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: January ___, 2020                         _____
                                                 United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: January 22, 2020  /s/ *Allen J. Guon*
Allen J. Guon
Fox Rothschild LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 517-9200
Facsimile: (312) 517-9201
Email: aguon@foxrothschild.com