# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In re: EXIDE TECHNOLOGIES, LLC,

    Debtor.

|  |  |
|---|---|
| EXIDE TECHNOLOGIES, LLC,<br><br>    Appellant,<br><br>v.<br><br>ANDREW R. VARA,<br>ACTING UNITED STATES<br>TRUSTEE FOR REGION 3,<br><br>    Appellee. | C.A. No. 1:20-cv-76-LPS<br><br>Bankruptcy Case No. 13-11482-MFW |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I am an attorney for an agency of the United States, in good standing as a member of the bar in every jurisdiction in which admitted to practice, not subject to pending disciplinary proceedings as a member of the bar in any jurisdiction, and I hereby submit to this Court's jurisdiction and appear in this case pursuant to Local Rule 83.5(f)(1) as counsel for Appellee, Andrew R. Vara, the Acting United States Trustee for Region 3.

                            By:    */s/ Sumi Sakata*

                                    Sumi Sakata
                                    Department of Justice
                                    Executive Office for United States Trustees
                                    441 G St., NW, Suite 6150
                                    Washington, DC  20530
                                    Tel: (202) 307-1399
                                    Fax: (202) 307-2397
                                    Sumi.Sakata@USDOJ.GOV

Dated: January 27, 2020